IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| IAN PAUL KRAMCHUCK | Violation: 18 U.S.C. § 1951 |

**Hobbs Act Robbery**

The Grand Jury Charges:

On or about August 12, 2024, in the District of North Dakota,

IAN PAUL KRAMCHUCK

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, and attempt to unlawfully take and obtain personal property, consisting of United States currency from the person of and in the presence of an employee of Petro Serve USA, located at 1220 University Ave, Grand Forks, North Dakota, a business entity engaged in interstate commerce, against its employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person;

In violation of Title 18, United States Code, Section 1951.

FORFEITURE NOTICE

As result of committing the offense alleged in this Indictment,

IAN PAUL KRAMCHUCK

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to, the following:

- One Smith & Wesson, M&P 40 Shield, .40 caliber pistol bearing Serial Number LEF8908; and

- Various .40 caliber ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/th